September 09, 2011

Ms. Lynne Liberato
Haynes and Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010-2007

Mr. Tuananh 'Pete' Mai
The Tammy Tran Law Firm
2915 Fannin
Houston, TX 77002
Ms. Wanda McKee Fowler
Wright & Close LLP
Three Riverway, Suite 600
Houston, TX 77056

Mr. Lloyd E. Kelley
The Kelley Law Firm
2726 Bissonnet, Suite 240 PBM#12
Houston, TX 77005

RE: Case Number: 11-0534
 Court of Appeals Number: 01-09-00360-CV
 Trial Court Number: 2000-18289

Style: AMS CONSTRUCTION COMPANY, INC. D/B/A AMS STAFF LEASING
 v.
 K.H.K. SCAFFOLDING HOUSTON, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Amended Motion to Abate
and issued the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Chris Daniel |